Demetrius DEMBY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 124, 2017

Supreme Court of Delaware.

Submitted: May 17, 2017
Decided: June 14, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0604011029 (N)

GRANTED. AFFIRMED.

NOBLE DRILLING HOLDING, L.L.C.,
Defendant Below–Appellant,

v.

David CARNES, Plaintiff
Below–Appellee.

No. 208, 2017

Supreme Court of Delaware.

Submitted: June 13, 2017

Decided: June 19, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. N15C–11–182

REFUSED.